IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY MARCH, et al.,** *on behalf of themselves and all others similarly situated*, **Plaintiffs,** v. **SUNOCO PIPELINE L.P., et al.,** **Defendants.** | Civ. No. 18-2774 |

# O R D E R

**AND NOW**, this 5th day of November, 2018, it is hereby **ORDERED** that Defendants' Motion to Dismiss and Motion to Strike (Doc. No. 14) is **DENIED as moot**.

                                                **AND IT IS SO ORDERED.**

                                                */s/ Paul S. Diamond*

                                                _____
                                                Paul S. Diamond, J.