**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARY MARCH, et al.,** *on behalf of themselves and all others similarly situated*, **Plaintiffs,** v. **SUNOCO PIPELINE L.P., et al.,** **Defendants.** | : : : : : : : : : Civ. No. 18-2774 |

## O R D E R

**AND NOW**, this 30th day of November, 2018, upon consideration of the Parties' Stipulated Order Pursuant to Federal Rule of Evidence 502 (Doc. No. 26-1), it is hereby **ORDERED** that the Parties' Stipulation (Doc. No. 26-1) is **APPROVED and ADOPTED**.

        **AND IT IS SO ORDERED.**

        */s/ Paul S. Diamond*
        _____
        Paul S. Diamond, J.