IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARY MARCH, et al.** | : | |
| Plaintiffs, | : | |
| v. | : | Civ. No. 18-2774 |
| | : | |
| **SUNOCO PIPELINE L.P., et al.** | : | |
| Defendants. | : | |

### O R D E R

**AND NOW,** this 25th day of March, 2019, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

It is **FURTHER ORDERED** that, by consent of the Parties, the Court shall **RETAIN** jurisdiction to enforce the terms of the settlement agreement.  See Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 381 (1994).

**AND IT IS SO ORDERED.**

*s/ Paul S. Diamond*
_____
Paul S. Diamond, J.